**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN** (SBN: 277557)
  mtrauben@singhtraubenlaw.com
**THOMAS K. RICHARDS** (SBN: 310209)
  trichards@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

***Attorneys for Plaintiff/Counterclaim-Defendant***
FOUNDATION MEDIA PARTNERS, LLC *and*
***Counterclaim-Defendant*** PATRICK HUGHES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION MEDIA PARTNERS, LLC, <br><br> Plaintiff / Counterclaim-Defendant, <br><br> v. <br><br> BUILD-A-BEAR WORKSHOP, INC., <br><br> Defendant / Counterclaim-Plaintiff, <br><br> v. <br><br> PATRICK HUGHES, <br><br> Counterclaim-Defendant. | ) Case No.: **2:25-cv-10382-CAS (MARx)** <br> ) <br> ) The Honorable Christina A. Snyder <br> ) Courtroom 8D <br> ) <br> ) **JOINT STIPULATION FOR DISMISSAL** <br> ) **OF ENTIRE ACTION WITH PREJUDICE** <br> ) **PURSUANT TO FED.R.CIV.P.** <br> ) **41(a)(1)(A)(ii)** <br> ) <br> ) ACTION REMOVED:     October 28, 2025 <br> ) TRIAL DATE:     July 13, 2027 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and counterclaim-defendant Foundation Media Partners, LLC (**"FMP"**), counterclaim-defendant Patrick Hughes (**"Hughes"**), and defendant and counterclaim-plaintiff Build-A-Bear Workshop, Inc. (**"BABW"**) (together, the **"Parties"**), hereby jointly stipulate to the dismissal of this entire action, including all claims and counterclaims **with prejudice**, including, but not limited to, the dismissal of Plaintiff's First Amended Complaint [ECF 11] with prejudice and the dismissal of BABW's Counterclaims [ECF 32] with prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

**DATED**: July 28, 2026                    Respectfully Submitted,

**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN**

By:   */s/ Michael A. Trauben*
        Michael A. Trauben

*Attorneys for Plaintiff/Counterclaim-Defendant* FOUNDATION MEDIA PARTNERS, LLC *and Counterclaim-Defendant* PATRICK HUGHES

**DATED**: July 28, 2026                    Respectfully Submitted,

**KEESAL, YOUNG & LOGAN**
**BEN SUTER**

By:   */s/*
        BEN SUTER

*Attorneys for Defendant/Counterclaim-Plaintiff* BUILD-A-BEAR WORKSHOP, INC.

2

The undersigned hereby attests, pursuant to Local Rule 5-4.3.4(a)(2)(i), that all other listed signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: July 28, 2026

Respectfully submitted,

SINGH, SINGH & TRAUBEN, LLP
MICHAEL A. TRAUBEN

By: _/s/ Michael A. Trauben_
      Michael A. Trauben

*Attorneys for Plaintiff/Counterclaim-Defendant* FOUNDATION MEDIA PARTNERS, LLC *and Counterclaim-Defendant* PATRICK HUGHES

3